FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 7 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
WILLIAM G. VOIT
Assistant U.S. Attorney
Arizona State Bar No. 025808
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: William.Voit@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division, U.S. Department of Justice
ROSALEEN O'GARA
Arizona State Bar No. 029512
Email: Rosaleen.O'Gara2@usdoj.gov
NICOLE LOCKHART
Texas State Bar No. 24089271
Email: Nicole.Lockhart@usdoj.gov
Trial Attorneys, Public Integrity Section
Criminal Division, U.S. Department of Justice
1331 F St. NW
Washington, DC 20005
Telephone: Telephone: 202-514-1412
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Anthony Obert Barry, <br><br> Defendant. | No. CR-21-00345-PHX-DJH <br><br> **INFORMATION** <br><br> VIO: 52 U.S.C. §§ 30114(b) and 30109(d)(1)(A)(i) <br> Unlawful Conversion of Campaign Funds <br> Count One |

**THE UNITED STATES CHARGES:**

## COUNT 1

Between on or about October 1, 2018, and June 17, 2019, in the District of Arizona and elsewhere, the defendant, ANTHONY OBERT BARRY, knowingly and willfully

1  converted to personal use a contribution accepted by a candidate, and a donation received
2  by an individual as support for activities of the individual as a holder of federal office, in
3  an amount aggregating $25,000 or more during a calendar year.
4      In violation of 52 U.S.C. §§ 30114(b) and 30109(d)(1)(A)(i).

COREY R. AMUNDSON  
Chief, Public Integrity Unit  
Criminal Division, US Dept. of Justice  

Rosaleen O'Gara *(Digitally signed by Rosaleen O'Gara, Date: 2021.05.05 16:45:48 -04'00')*  
_____  
ROSALEEN O'GARA  
NICOLE LOCKHART  
Trial Attorneys  

GLENN B. McCORMICK  
Acting United States Attorney  
District of Arizona  

*(Digitally signed by WILLIAM VOIT, Date: 2021.05.05 13:33:00 -07'00')*  
_____  
WILLIAM G. VOIT  
Assistant U.S. Attorney