```
       FILED        ____ LODGED
  ____ RECEIVED     ____ COPY

         MAY 0 7 2021

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Anthony Obert Barry,<br><br>Defendant. | No. CR-21-00345-PHX-DJH |

Anthony Obert Barry, the above-named defendant, who is accused of the felony offense of Unlawful Conversion of Campaign Funds, in violation of 52 U.S.C. §§ 30114(b) and 30109(d)(1)(A)(i), being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*Anthony Barry*
Anthony Barry (Mar 18, 2021 13:55 CDT)
ANTHONY OBERT BARRY
Defendant

*Charity Clark*
CHARITY CLARK
Counsel for Defendant

Mar 18, 2021
Date _____

