```
___/ FILED      ___ LODGED
___ RECEIVED    ___ COPY

        MAY 0 7 2021

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-00345-PHX-DJH |
|---|---|
| Plaintiff, | **CONSENT OF DEFENDANT** |
| v. | |
| Anthony Obert Barry, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my:

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this __18th__ day of __March__, 2021.

*Anthony Barry*
Anthony Barry (Mar 18, 2021 13:55 CDT)
ANTHONY OBERT BARRY
Defendant

*Charity Clark*
CHARITY CLARK
Counsel for Defendant

*[signature]*
Digitally signed by WILLIAM VOIT
Date: 2021.03.18 16:21:27 -07'00'

WILLIAM G. VOIT
Assistant U.S. Attorney
ROSALEEN O'GARA
NICOLE LOCKHART
Trial Attorneys, Criminal Division
U.S. Department of Justice